UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

Case No.: 24-13654
Chapter: 13

In Re:

Jose Carlos Garriga Bencomo

Adv. No.:
Hearing Date: 06/20/2024
Judge: PAPALIA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Jose Carlos Garriga Bencomo__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __May 22, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Second Modified Chapter 13 Plan - - Before Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 22, 2024

Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jose Carlos Garriga Bencomo<br>740 Forest Street<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
**649 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**
-------------------------------------------
**TELEPHONE (201) 533-1100**
Email: NickFitz.Law@gmail.com

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

**24-13654-VFP** Jose Carlos Garriga Bencomo
# Creditors

**Affirm**
633 Folsom Street
San Francisco, CA 94107

**Affirm Inc**
30 Isabella Street
Floor 4
Pittsburgh, PA 15212

**Aizletty Mizabal Garcia**

**Ally Capital**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Capital c/o AIS Portfolio Services, LLC**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Fincl**
P.O. Box 380901
Bloomington, MN 55438

**American Express Business**
PO Box 1270
Newark, NJ 07101

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Amerisve/Dmi**
1 Corporate Dr
Lake Zurich, IL 60047

**Amex**
4315 South 2700 West
Salt Lake City, UT 84184

**Amex**
P.O. Box 7871
Fort Lauderdale, FL 33329

**Bk Of Amer**
Pob 15026
Wilmington, DE 19801

**Cbna/Best Buy**
Po Box 6497
Sioux Falls, SD 57117

**Ccb/Chldplce**
Po Box 182120
Columbus, OH 43218

**Chase Business Card**
PO Box 15299
Wilmington, DE 19850

**Cordova Legal Group**
102 NE 2nd Street
Boca Raton, FL 33432

**Discover Bank**
P.O. Box 3025
New Albany OH 43054

**Discoverbank**
Pob 15316
Wilmington, DE 19850

**Gs Bank/Apple Card**
Lockbox 6112
Philadelphia, PA 19170

**Hc Roya**
340 Coyier Ln
Madison, WI 53713

**Headway Capital**
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

**Hyundai Finc**
10550 Talbert Av
Fountain Valley, CA 92708

**Hyundai Finc**
10550 Talbert Av
Fountain Valle, CA 92708

**Internal Revenue Service**
PO Box 7346
Philadelphia PA 19101

**Internal Revenue Service**
Special Procedures Function
955 S. Springfield Avenue
Springfield NJ 07081

**Internal Revenue Service**
District Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**Kia Motors**
10550 Talbert Avenue
Fountain Valley, CA 92708

**Lisley C. Garcia**

**Prosper Marketplace In**
221 Main St Ste 300
San Francisco, CA 94105

**Sofi Bank**
2750 E Cottonwood Pkwy
Cottonwood Heights, UT 84121

**State of New Jersey**
Division of Taxation
PO Box 046
Trenton NJ 08646

**State of New Jersey**
Matt Platkin, Attorney General
25 Market Street
RJ Hughes Justice Complex
Trenton NJ 08611

**State of New Jersey**
Division of Taxation
Revenue Processing Center
PO Box 643
Trenton NJ 08646

**Thd/Cbna**
Po Box 9714
Gray, TN 37615

**Umb Ccprog**
921 Walnut St
Kansas City, MO 64141

**Wells Fargo Bank, N.A., Wells Fargo Card Services**
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

**Wf Crd Svc**
Po Box 3696
Portland, OR 97208