Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13654−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Carlos Garriga Bencomo
   aka Jose Garriga, aka Jose Bencomo, aka
   Jose C. Garriga Bencomo
   740 Forest Street
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−0098

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 05/22/2024 and a confirmation hearing on the Modified Plan is scheduled for 7/18/2024 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 23, 2024
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 24-13654-VFP
Jose Carlos Garriga Bencomo                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                   Page 1 of 3
Date Rcvd: May 23, 2024                 Form ID: 186                                Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Carlos Garriga Bencomo, 740 Forest Street, Kearny, NJ 07032-3809 |
| 520220261 | + | Cordova Legal Group, 102 NE 2nd Street, Boca Raton, FL 33432-3908 |
| 520220264 | + | Hc Roya, 340 Coyier Ln, Madison, WI 53713-2151 |
| 520220268 | + | Kia Motors, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 520266352 | + | State of New Jersey, Matt Platkin, Attorney General, 25 Market Street, RJ Hughes Justice Complex, Trenton NJ 08611-2148 |
| 520266349 | + | State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 643, Trenton NJ 08646-0643 |
| 520220273 | + | Umb Ccprog, 921 Walnut St, Kansas City, MO 64106-2017 |
| 520220274 | + | Wf Crd Svc, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 23 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 23 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 20:58:12 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520220249 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 23 2024 21:09:24 | Affirm, 633 Folsom Street, San Francisco, CA 94107-3600 |
| 520220250 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 23 2024 21:08:58 | Affirm Inc, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 520226516 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 20:58:33 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520243382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 21:09:10 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520220252 | + | Email/Text: ally@ebn.phinsolutions.com | May 23 2024 20:50:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520220253 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:36 | American Express Business, PO Box 1270, Newark, NJ 07101-1270 |
| 520256230 | | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520220256 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:06 | Amex, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |

Case 24-13654-VFP    Doc 28    Filed 05/25/24    Entered 05/26/24 00:18:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 23, 2024 | Form ID: 186 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 520220255 | | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:28 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520220257 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 23 2024 20:50:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 520220258 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 20:58:27 | Cbna/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520220259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 23 2024 20:52:00 | Ccb/Chldplce, Po Box 182120, Columbus, OH 43218-2120 |
| 520220262 | | Email/Text: mrdiscen@discover.com | May 23 2024 20:50:00 | Discoverbank, Pob 15316, Wilmington, DE 19850 |
| 520220254 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 23 2024 20:51:00 | Amerisve/Dmi, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 520230436 | + | Email/Text: mrdiscen@discover.com | May 23 2024 20:50:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520220263 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 23 2024 20:51:00 | Gs Bank/Apple Card, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520220265 | | Email/Text: headwaybnc@enova.com | May 23 2024 20:50:00 | Headway Capital, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604 |
| 520220266 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 23 2024 20:53:00 | Hyundai Finc, 10550 Talbert Av, Fountain Valle, CA 92708-6032 |
| 520220267 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 23 2024 20:53:00 | Hyundai Finc, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 520266351 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2024 20:52:00 | Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 520220260 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 23 2024 20:58:00 | Chase Business Card, PO Box 15299, Wilmington, DE 19850 |
| 520246020 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 23 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520220270 | ^ | MEBN | May 23 2024 20:43:12 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520220271 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 23 2024 20:58:12 | Sofi Bank, 2750 E Cottonwood Pkwy, Cottonwood Heights, UT 84121-7285 |
| 520266353 | ^ | MEBN | May 23 2024 20:45:50 | State of New Jersey, Division of Taxation, PO Box 046, Trenton NJ 08601-0046 |
| 520220272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 21:23:15 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520263581 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 23 2024 21:23:26 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520220251 | | Aizletty Mizabal Garcia |
| 520220269 | | Lisley C. Garcia |
| 520263552 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520266348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, 955 S. Springfield Avenue, Springfield NJ 07081 |
| 520266350 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 186 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jose Carlos Garriga Bencomo fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4