**STATISTICAL INFORMATION ONLY:** Debtor must select the number of each of the following items included in the Plan.

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or unexpired Lease | 0 | Lien Avoidance |

Last revised: November 14, 2023

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Jose Carlos Garriga Bencomo

Case No.: 24-13654

Judge: PAPALIA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: May 21, 2024
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: _____    Initial Debtor: _____    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay to the Chapter 13 Trustee $ __1,040.00__ monthly for __2__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $__1,088.00__ per month for __58__ months; $_____ per month for _____ months, for a total of __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

   ☒ Future earnings

   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:

   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering real property:
   Description:
   Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

   ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: _JC_   Initial Co-Debtor: _____

## Part 2: Adequate Protection  ☒ NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,750.00 |
| DOMESTIC SUPPORT OBLIGATION | N/A | |
| Internal Revenue Service | 2023 Federal Taxes | $5,185.00 |
| State of New Jersey | 2023 State Taxes | $3,151.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Ameri/Save Dmi | 740 Forest Street Kearny, NJ 07032 | $2,457.91 | | $2,457.91 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☒ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. **Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| Ally Financial | Co-Debtor on Auto Finance - - 2020 Nissan Murano |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions ☒ NONE

NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) Unsecured Claims

d. **Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: | Modification ☐ NONE |
|---|---|

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: April 30, 2024 .

Explain below **why** the plan is being modified:

To add the priority taxes owed to the IRS for 2023 Federal and State to Part 3a

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

## Part 10: Non-Standard Provision(s):

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: 5/21/2024

Debtor

Date: _____

Joint Debtor

Date: 5/21/2024

Attorney for the Debtor(s)

Fitzgerald & Associates, PC
Nicholas Fitzgerald Esq. NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email:  nickfitz.law@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
--------------------------------X
In re:                                    **Chapter 13**

                                          Chapter 13 Case No. 24-13654-VFP
Jose Carlos Garriga Bencomo

                                          Date Case Filed: April 10, 2024


---------------------------------X

       **SUMMARY OF SECOND AMENDED PLAN -- PRE CONFIRMATION**

--------------------------------XXX

       $5,185 -- Priority tax debt for 2023 -- Federal
       $3,151  -- Priority tax debt for 2023 -- NJ State
       $44,664 to the unsecured creditors
       $2,457.91 -- Mortgage arrears
       $3,750 -- legal fees to Fitzgerald

       Sub-total: $59,207.91

       Plus $5,920.79 -- 10% of $59,207.91 -- which is the government fee for administering the case

       Grand total: $65,128.70 to be paid over 60 months at the rate of $1,040.00 per month for 2 months -- May and June 2024 -- and then the remaining $63,048.70 at the rate of $1,087.04 rounded up to $1,088.00 for 58 months

--------------------------------XXX


       Date: May 21, 2024

       _____
       Jose Carlos Garriga Bencomo
       Debtor

                                          _____
                                          Nicholas Fitzgerald
                                                Attorney

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 24-13654-VFP
Jose Carlos Garriga Bencomo                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 3
Date Rcvd: May 23, 2024            Form ID: pdf901                Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Carlos Garriga Bencomo, 740 Forest Street, Kearny, NJ 07032-3809 |
| 520220261 | + | Cordova Legal Group, 102 NE 2nd Street, Boca Raton, FL 33432-3908 |
| 520220264 | + | Hc Roya, 340 Coyier Ln, Madison, WI 53713-2151 |
| 520220268 | + | Kia Motors, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 520266352 | + | State of New Jersey, Matt Platkin, Attorney General, 25 Market Street, RJ Hughes Justice Complex, Trenton NJ 08611-2148 |
| 520266349 | + | State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 643, Trenton NJ 08646-0643 |
| 520220273 | + | Umb Ccprog, 921 Walnut St, Kansas City, MO 64106-2017 |
| 520220274 | + | Wf Crd Svc, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 23 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 23 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 20:58:12 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520220249 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 23 2024 20:58:03 | Affirm, 633 Folsom Street, San Francisco, CA 94107-3600 |
| 520220250 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 23 2024 20:58:28 | Affirm Inc, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 520226516 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 20:58:35 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520243382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 21:09:37 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520220252 | + | Email/Text: ally@ebn.phinsolutions.com | May 23 2024 20:50:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520220253 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:28 | American Express Business, PO Box 1270, Newark, NJ 07101-1270 |
| 520256230 | | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520220256 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2024 21:08:54 | Amex, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520220255 | | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:31 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520220257 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 23 2024 20:50:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 520220258 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 20:58:18 | Cbna/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520220259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 23 2024 20:52:00 | Ccb/Chldplce, Po Box 182120, Columbus, OH 43218-2120 |
| 520220262 | | Email/Text: mrdiscen@discover.com | May 23 2024 20:50:00 | Discoverbank, Pob 15316, Wilmington, DE 19850 |
| 520220254 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 23 2024 20:51:00 | Amerisve/Dmi, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 520230436 | + | Email/Text: mrdiscen@discover.com | May 23 2024 20:50:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520220263 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 23 2024 20:51:00 | Gs Bank/Apple Card, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520220265 | | Email/Text: headwaybnc@enova.com | May 23 2024 20:50:00 | Headway Capital, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604 |
| 520220266 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 23 2024 20:53:00 | Hyundai Finc, 10550 Talbert Av, Fountain Valle, CA 92708-6032 |
| 520220267 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 23 2024 20:53:00 | Hyundai Finc, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 520266351 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2024 20:52:00 | Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 520220260 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 23 2024 20:58:12 | Chase Business Card, PO Box 15299, Wilmington, DE 19850 |
| 520246020 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 23 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520220270 | ^ | MEBN | May 23 2024 20:43:12 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520220271 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 23 2024 20:58:01 | Sofi Bank, 2750 E Cottonwood Pkwy, Cottonwood Heights, UT 84121-7285 |
| 520266353 | ^ | MEBN | May 23 2024 20:45:51 | State of New Jersey, Division of Taxation, PO Box 046, Trenton NJ 08601-0046 |
| 520220272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 21:23:15 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520263581 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 23 2024 21:08:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520220251 | | Aizletty Mizabal Garcia |
| 520220269 | | Lisley C. Garcia |
| 520263552 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520266348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, 955 S. Springfield Avenue, Springfield NJ 07081 |
| 520266350 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 24-13654-VFP    Doc 29    Filed 05/25/24    Entered 05/26/24 00:18:30    Desc Imaged
Certificate of Notice    Page 15 of 15

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdf901 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jose Carlos Garriga Bencomo fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4