Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−13654−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jose Carlos Garriga Bencomo
    aka Jose Garriga, aka Jose Bencomo, aka
    Jose C. Garriga Bencomo
    740 Forest Street
    Kearny, NJ 07032

Social Security No.:
    xxx−xx−0098

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2024.

Dated: July 22, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 24-13654-VFP

Jose Carlos Garriga Bencomo                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Carlos Garriga Bencomo, 740 Forest Street, Kearny, NJ 07032-3809 |
| 520220261 | + | Cordova Legal Group, 102 NE 2nd Street, Boca Raton, FL 33432-3908 |
| 520220264 | + | Hc Roya, 340 Coyier Ln, Madison, WI 53713-2151 |
| 520220268 | + | Kia Motors, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 520266349 | + | State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 643, Trenton NJ 08646-0643 |
| 520266352 | + | State of New Jersey, Matt Platkin, Attorney General, 25 Market Street, RJ Hughes Justice Complex, Trenton NJ 08611-2148 |
| 520220273 | + | Umb Ccprog, 921 Walnut St, Kansas City, MO 64106-2017 |
| 520220274 | + | Wf Crd Svc, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2024 21:02:04 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520220249 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 22 2024 20:38:03 | Affirm, 633 Folsom Street, San Francisco, CA 94107-3600 |
| 520220250 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 22 2024 20:38:07 | Affirm Inc, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 520226516 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2024 20:38:20 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520243382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2024 21:02:04 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520220252 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2024 20:27:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520220253 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 21:02:27 | American Express Business, PO Box 1270, Newark, NJ 07101-1270 |
| 520256230 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 20:38:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520220256 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 20:38:36 | Amex, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |

| User: admin |
Date Rcvd: Jul 22, 2024 | Form ID: plncf13 | Total Noticed: 46

| | | | | |
|---|---|---|---|---|
| 520220255 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jul 22 2024 21:02:27 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520300224 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jul 22 2024 20:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520220257 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jul 22 2024 20:27:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 520220258 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 22 2024 20:38:35 | Cbna/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520220259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 22 2024 20:28:00 | Ccb/Chldplce, Po Box 182120, Columbus, OH 43218-2120 |
| 520300733 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 22 2024 20:37:55 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520220262 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 22 2024 20:27:00 | Discoverbank, Pob 15316, Wilmington, DE 19850 |
| 520302024 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | | Jul 22 2024 20:27:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520220254 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | | Jul 22 2024 20:28:00 | Amerisve/Dmi, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 520230436 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 22 2024 20:27:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520220263 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Jul 22 2024 20:28:00 | Gs Bank/Apple Card, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520220265 | | Email/Text: headwaybnc@enova.com | | |
| | | | Jul 22 2024 20:27:00 | Headway Capital, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604 |
| 520269950 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 22 2024 20:28:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 520220266 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 22 2024 20:28:00 | Hyundai Finc, 10550 Talbert Av, Fountain Valle, CA 92708-6032 |
| 520220267 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 22 2024 20:28:00 | Hyundai Finc, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 520266351 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 22 2024 20:28:00 | Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 520220260 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 22 2024 20:37:53 | Chase Business Card, PO Box 15299, Wilmington, DE 19850 |
| 520246020 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 22 2024 20:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520299484 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 22 2024 20:38:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520220270 | ^ | MEBN | | |
| | | | Jul 22 2024 20:26:19 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520296406 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 22 2024 20:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520273149 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jul 22 2024 20:27:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520220271 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Jul 22 2024 20:37:19 | Sofi Bank, 2750 E Cottonwood Pkwy, Cottonwood Heights, UT 84121-7285 |
| 520266353 | ^ | MEBN | | |
| | | | Jul 22 2024 20:26:51 | State of New Jersey, Division of Taxation, PO Box 046, Trenton NJ 08601-0046 |
| 520220272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | Jul 22 2024 20:38:03 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
|---|---|---|---|
| 520317630 | + Email/Text: ecfbknotices@umb.com | Jul 22 2024 20:28:00 | UMB BANK N.A., PO BOX 419734, Kansas City, MO 64141-6734 |
| 520263581 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 22 2024 20:37:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520220251 | | Aizletty Mizabal Garcia |
| 520220269 | | Lisley C. Garcia |
| 520263552 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520283293 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520266348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, 955 S. Springfield Avenue, Springfield NJ 07081 |
| 520266350 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 520290687 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jose Carlos Garriga Bencomo fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4