FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:   JOSE CARLOS GARRIGA BENCOMO            Atty:   FITZGERALD & ASSOCIATES PC
740 FOREST STREET                                    649 NEWARK AVE
KEARNY,  NJ  07032                                    JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-13654

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $65,184.00**

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 05/08/2024 | $1,040.00 | | 06/10/2024 | $1,040.00 | |
| 07/09/2024 | $1,088.00 | | 08/08/2024 | $1,088.00 | |
| 09/10/2024 | $1,088.00 | | 10/08/2024 | $1,088.00 | |
| 11/08/2024 | $1,088.00 | | 12/09/2024 | $1,088.00 | |

**Total Receipts: $8,608.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,608.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| AMERISAVE MORTGAGE CORPORATION | | | | | | | |
| | 08/19/2024 | $167.71 | 931,821 | | 09/16/2024 | $751.04 | 933,291 |
| | 10/21/2024 | $743.13 | 934,679 | | 11/18/2024 | $743.14 | 936,156 |
| | 12/16/2024 | $52.89 | 937,536 | | | | |
| HYUNDAI CAPITAL AMERICA | | | | | | | |
| | 08/19/2024 | $63.09 | 931,469 | | 09/16/2024 | $282.56 | 932,973 |
| | 10/21/2024 | $279.59 | 934,324 | | 11/18/2024 | $279.58 | 935,821 |
| | 12/16/2024 | $19.90 | 937,206 | | | | |
| STATE OF NJ | | | | | | | |
| | 12/16/2024 | $360.22 | 938,351 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 12/16/2024 | $589.71 | 8,004,414 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 590.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-13654**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | AFFIRM | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,158.41 | * | 0.00 | |
| 0006 | AMERISAVE MORTGAGE CORPORATION | (NEW) Prepetition / | 2,457.91 | 100.00% | 2,457.91 | |
| 0007 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 8,017.44 | * | 0.00 | |
| 0008 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,576.56 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 5,561.09 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 9,676.24 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 600.10 | * | 0.00 | |
| 0012 | JPMORGAN CHASE BANK NA | UNSECURED | 2,794.66 | * | 0.00 | |
| 0013 | CORDOVA LEGAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DISCOVER BANK | UNSECURED | 4,047.03 | * | 0.00 | |
| 0015 | GS BANK/APPLE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HC ROYA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | HEADWAY CAPITAL | UNSECURED | 5,584.40 | * | 0.00 | |
| 0018 | HYUNDAI CAPITAL AMERICA | VEHICLE SECURE | 924.72 | 100.00% | 924.72 | |
| 0019 | HYUNDAI FINC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | KIA MOTORS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | LVNV FUNDING LLC | UNSECURED | 34,487.47 | * | 0.00 | |
| 0023 | SOFI BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CITIBANK NA | UNSECURED | 354.93 | * | 0.00 | |
| 0026 | UMB BANK NA | UNSECURED | 682.46 | * | 0.00 | |
| 0027 | WELLS FARGO CARD SERVICES | UNSECURED | 4,222.24 | * | 0.00 | |
| 0029 | BK OF AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | UNITED STATES TREASURY/IRS | PRIORITY | 4,957.00 | 100.00% | 1,224.60 | |
| 0031 | STATE OF NJ | PRIORITY | 3,028.00 | 100.00% | 748.05 | |

**Total Paid:  $9,696.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $8,608.00          -      Paid to Claims: $5,355.28      -      Admin Costs Paid: $4,340.72    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.