Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: 848-288-9512
NJ_ECF_Notices@mccalla.com
Attorneys for Movant



**Order Filed on April 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

<div align="center">

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

</div>

| In re:<br><br>Jose Carlos Garriga Bencomo,<br>aka Jose Garriga,<br>aka Jose Bencomo,<br>aka Jose C. Garriga Bencomo,<br><br><div align="right">Debtor.</div> | Case No. 24-13654-VFP<br><br>Hearing Date:  April 16, 2026 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia<br><br>Chapter 13 |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

<div align="center">

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

</div>

The relief set forth on the following page is hereby **ORDERED**

**DATED: April 20, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Ally Capital, under Bankruptcy Code section 362(d) and 11 U.S.C. § 1301(c), for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay and co-debtor stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒   Personal property more fully described as:

2020 Nissan Murano
VIN: 5N1AZ2BJ3LN130238

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.