Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: 848-288-9512
NJ_ECF_Notices@mccalla.com
Attorneys for Movant



**Order Filed on April 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Jose Carlos Garriga Bencomo,<br>aka Jose Garriga,<br>aka Jose Bencomo,<br>aka Jose C. Garriga Bencomo,<br><br>                             Debtor. | Case No. 24-13654-VFP<br><br>Hearing Date:  April 16, 2026 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia<br><br>Chapter 13 |
| --- | --- |

| Recommended Local Form | ☐ Followed | ☒ Modified |
| --- | --- | --- |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: April 20, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Ally Capital, under Bankruptcy Code section 362(d) and 11 U.S.C. § 1301(c), for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay and co-debtor stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒   Personal property more fully described as:

 2020 Nissan Murano
 VIN: 5N1AZ2BJ3LN130238

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-13654-VFP

Jose Carlos Garriga Bencomo                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                    Page 1 of 1

Date Rcvd: Apr 21, 2026              Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID                 Recipient Name and Address**
db                      +   Jose Carlos Garriga Bencomo, 740 Forest Street, Kearny, NJ 07032-3809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

**Name                        Email Address**

Laura M. Egerman
                            on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

Matthew K. Fissel
                            on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Nicholas Fitzgerald
                            on behalf of Debtor Jose Carlos Garriga Bencomo fitz2law@gmail.com  nadiafinancial@gmail.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5